UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
UNITED STATES OF AMERICA            Docket No. 1:07-mj-1625

    -against-

                                            NOTICE OF APPEARANCE

IHAB TARTIR
----------------------------------------------------------

TO:    CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
          DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

          I AM APPEARING IN THIS ACTION AS (Please check one)

          1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

          ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [X] YES -IF YES
                GIVE YOUR DATE OF ADMISSION: MO July__  YR 1971__

          I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
          CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE
          COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
          FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
          October 9, 2007

                                      SIGNATURE S/_____

                                        Martin L. Schmukler_____
                                        Attorney for Defendant

                                        Martin L. Schmukler, P.C._____
                                        Firm name if any

                                        41 Madison Ave., Suite 5B_____
                                        Street address

                                        __New York_____ New York_____ 10010__
                                        City                   State               Zip

                                        (212) 213-9400_____
                                        Telephone No.