UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
) **07 Cr. 1065 (GEL)**
IHAB TARTIR, et al. )
)
      Defendants. )

TO:     Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                    Southern District of New York

                              by:  /s/ Nicole W. Friedlander

                                  Assistant United States Attorney
                                  (212) 637-2211

TO:     Martin L. Schmukler, Esq.
          John M. Rodriguez, Esq.
          Thomas F.X. Dunn, Esq.
          Michael Hurwitz, Esq.